# ELECTRONIC RECORD

COA #   07-13-00034-CR          OFFENSE:   30.02F2

STYLE:   Terry Glynn Speed v. The State of Texas          COUNTY:   Johnson

COA DISPOSITION:          AFFIRMED          TRIAL COURT:   249th District Court

DATE: 01/09/15          Publish: NO   TC CASE #:   F46764

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Terry Glynn Speed v. The State of Texas          CCA #:   113-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _03/18/2015_          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**